IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| GEORGE WALTER BREWSTER, III, | * |
| Plaintiff, | * |
| v. | Case No. 4:21-cv-00124-CDL-MSH |
| | * |
| MUSCOGEE COUNTY POLICE DEPARTMENT, *et al.,* | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 28, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 29th day of July, 2021.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk